IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOYLE B. DANIEL, JR., a/k/a KALONJI DIOP CAZEMBE, Plaintiff, | : : : :CIVIL ACTION NO. 1:15-cv-00850 : |
| v. | : (Judge Kane) : (Magistrate Judge Saporito) |
| JOHN E. WETZEL, Secretary of Department of Corrections, et al., Defendants. | : : : |

## ORDER

AND NOW, this 7day of October, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 51), is DENIED WITHOUT PREJUDICE.

*JOSEPH F. SAPORITO, JR.*
United States Magistrate Judge

Dated: October 7, 2016

FILED
WILKES BARRE
OCT 0 7 2016
Per _____