IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOYLE B. DANIEL, JR., :
a/k/a Kalonji Diop Cazembe, : No. 1:15-cv-00850
    Plaintiff :
  :
  : (Judge Kane)
v. : (Magistrate Judge Saporito)
  :
JOHN WETZEL, et al., :
    Defendants :

## ORDER

Before the Court is the March 22, 2017 Report and Recommendation of Magistrate Judge Saporito. (Doc. No. 79.) No timely objections have been filed. **ACCORDINGLY**, on this 11th day of April 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Saporito (Doc. No. 79);

2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 71), is **DENIED**;

3. Defendants' motion for summary judgment (Doc. No. 50), is **DENIED;**

4. Defendants are directed to file an answer to the complaint within fourteen (14) days of the date of this Order; and

5. This matter is remanded to Magistrate Judge Saporito for further proceedings.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania